CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

DEC 15 2017

JULIA C. DUDLEY, CLERK
BY: /s/ J. Clark
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| AMETHA CHERIE BROADWATER, Individually and as Administrator of THE ESTATE OF JAYLSSA YVONNE BROADWATER, and FREDERICK C. BROADWATER, Plaintiffs, v. MAXIM HEALTHCARE SERVICES, INC., Defendant. | Civil Action No.: 1:17-cv-00025-JPJ-PMS |

## AMENDED AGREED FINAL ORDER OF APPROVAL OF COMPROMISE AND SETTLEMENT PURSUANT TO VIRGINIA CODE § 8.01-55

THIS MATTER came before the Court on the parties' Joint Petition for Approval of the Compromise and Settlement of this Pursuant to Virginia Code § 8.01-55

UPON CONSIDERATION of the Motion and the representation of the parties and their counsel, it appears to the Court that

ALL PARTIES required by law to be convened have been convened and that proper notice of this proceeding has been given to all interested parties; Plaintiffs alleged that their daughter, Jalyssa Broadwater, deceased died in connection with health care services provided in December 2015; that Defendant has denied any liability whatsoever to Plaintiffs and continues to deny any liability on its part; and that Defendant has nevertheless offered to pay to the Plaintiffs immediate and future periodic payments as set forth in EXHIBIT A TO AMENDED AGREED FINAL ORDER with a total present cost of Five Hundred and Fifty Thousand Dollars and no

cents ($550,000.00) (the "Settlement Amount") in full and final settlement of all claims arising out of the health care services rendered to Jalyssa Broadwater;

ACCORDINGLY, the Court hereby ADJUDGES, ORDERS AND DECREES the following:

1. Finding that the compromise settlement agreed to by the parties is fair and reasonable and in the best interest of Plaintiff and the statutory beneficiaries, the Court hereby approves the settlement and ORDERS Plaintiff to accept the said offer in compromise.

2. Defendant shall pay the agreed amount of the settlement to counsel for Plaintiff, with the proceeds of the settlement to be distributed in accordance with EXHIBIT A hereto.

3. The Court further ORDERS that Defendant is hereby released of any further liability to Plaintiffs or the statutory beneficiaries of Jalyssa Broadwater; if any medical expenses or liens incurred in connection with the treatment of Jalyssa Broadwater have not been paid, then it shall be the responsibility of Plaintiff to pay any outstanding medical expenses or liens.

4. Having paid the Settlement Amount and executed the Qualified Assignment and Release Agreement, Defendant, its present or former employees, employers, agents, servants, insurers, attorneys, officers, directors, shareholders, partners, parents, affiliates and subsidiaries, predecessors, successors, successors in interest, and assigns, both jointly and individually, are hereby forever released and discharged from any and all claims, liability, demands, damages, costs, expenses, losses, actions and causes of action of any kind or nature whatsoever, both as to matters and things now known and things which may hereafter be discovery, if such there be, arising out of the care and treatment of Plaintiff and/or her unborn fetus.

5. It is further ADJUDGED, ORDERED AND DECREED that this matter be, and hereby is, **DISMISSED WITH PREJUDICE AND THE** Clerk of the Court is directed to strike

this matter from the docket of this Court and the papers placed with the ended matters properly indexed.

THIS ORDER IS FINAL.

ENTERED THIS __15th__ day of December, 2017

*[signature]*
The Honorable Judge James P. Jones

WE ASK FOR THIS:

*[signature: W. Charles Meltmar]*

W. Charles Meltmar, Esquire (VSB No. 70705)
THE COCHRAN FIRM
West Tower, Ste. 340
1100 New York Avenue, N.W.
Washington, DC 20005
Telephone: 202-682-5800
Telefax: 202-408-8851
cmeltmar@cochranfirm.com
*Counsel for Plaintiff*

SEEN:

*[signature]*

Justin W. Ward (VSB No. 48893)
Margaret F. Hardy (VSB No. 38555)
Christopher K. Jones (VSB No. 75051)
SANDS ANDERSON PC
1111 E. Main Street, Suite #2400
Richmond, VA 23219-0003
(804) 648-1636 (telephone)
(804) 783-7291 (fax)
jward@sandsanderson.com
mhardy@sandsanderson.com
cjones@sandsanderson.com
*Counsel for Defendants*